UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DEBORAH L. LAWSON,  <br>Individually and on behalf of others similarly situated,  <br>        Plaintiff,  <br>  <br>vs.  <br>  <br>(1) PROCARE CRS, INC., dba PRO-CARE COMMUNITY RESIDENTIAL SERVICES, INC., a Domestic For Profit Business Corp.,  <br>  <br>        Defendant. | )  <br>)  <br>)  <br>)  <br>)  <br>)  Case No. 18-CV-00248-TCK-JFJ  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) |

**NOTICE**

Plaintiff Deborah Lawson, and the other individuals who executed Consents to Join to opt-in and become party plaintiffs in this action, Queshnia Ackerson, Karissa Allen Mills, Tonia Corbett, Diana Demery, Gwenella Hall, Rhonda Hall, Courtney Harvel, Summer Holkum, Crystal Lopez, Charity Mahone, Ronald Pozek, Kevin Risley, Ashton Williams, and Patsy Yandell (collectively referred to as "Named Plaintiffs"), and Defendant Pro-Care Community Residential Services, Inc., dba ProCare CRS ("Defendant") ("Named Plaintiffs and Defendant collectively referred to as the "Parties"), in accordance with the Court's January 4, 2019 Opinion and Order [Doc. No. 18], notify this Court that they have reached a fair and reasonable resolution of a bona fide dispute of wage and hour laws.

All Parties that have joined into this action have at all times been represented by counsel and actively engaged with the litigation, and the factual and legal issues have been developed through discovery and adversarial litigation. Thus, based on the rationale provided in the Court's January 4, 2019 Opinion and Order [Doc. No. .18], the Parties notify the Court that all claims have been resolved and that they no longer wish for the Court to review the merits of the settlement agreement. The Parties will execute a Joint Stipulation of Dismissal with Prejudice upon the completion of this matter.

Attorney for Plaintiffs:

*/S/ Terry A. Hall*

Terry A. Hall, OBA # 10668
LAW OFFICE OF TERRY A. HALL
PO Box 616
Choctaw, OK 74804
(405) 708-7525 phone
(405) 415-9095 fax
thall@okhnhlaw.com


Attorney for Defendant:

*/S/ Molly A. Aspan, with permission*

Molly A. Aspan, OBA #19752
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone:  (918) 594-0595
Facsimile:  (918) 594-0505
maspan@hallestill.com