## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) DEBORAH L. LAWSON,** Individually and on behalf of others similarly situated, <br>        **Plaintiff,** <br><br>vs. <br><br>**(1) PROCARE CRS, INC., dba PRO-CARE COMMUNITY RESIDENTIAL SERVICES, INC.**, a Domestic For Profit Business Corp., <br><br>        **Defendant.** | Case No. 18-CV-00248-TCK-JFJ |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Lawson, and the other individuals who executed Consents to Join to opt-in and become party plaintiffs in this action, Queshnia Ackerson, Karissa Allen Mills, Tonia Corbett, Diana Demery, Gwenella Hall, Rhonda Hall, Courtney Harvel, Summer Holkum, Crystal Lopez, Charity Mahone, Ronald Pozek, Kevin Risley, Ashton Williams, and Patsy Yandell (collectively referred to as "Named Plaintiffs"), and Defendant Pro-Care Community Residential Services, Inc., dba ProCare CRS ("Defendant") ("Named Plaintiffs and Defendant collectively referred to as the "Parties"), hereby stipulate to the dismissal with prejudice of all claims asserted in this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties reached a fair and reasonable resolution of a bona fide dispute of wage and hour laws. The Parties are each solely responsible for their own attorney fees, costs, and expenses associated with the action.

Attorney for Plaintiffs:

*/S/ Terry A. Hall*

Terry A. Hall, OBA # 10668
LAW OFFICE OF TERRY A. HALL
PO Box 616
Choctaw, OK 74804
(405) 708-7525 phone
(405) 415-9095 fax
thall@okhnhlaw.com


Attorney for Defendant:

*/S/ Molly A. Aspan*, with permission

Molly A. Aspan, OBA #19752
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone:  (918) 594-0595
Facsimile:  (918) 594-0505
maspan@hallestill.com